**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-224-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES CHAPMAN,

      Defendant.

---

**ORDER IMPOSING FILING RESTRICTIONS ON DEFENDANT AND
MAKING ABSOLUTE ORDER TO SHOW CAUSE**

---

On February 18, 2026, the Court issued an Order Denying Various Motions Filed by Defendant and Order to Show Cause.  (ECF No. 151.)  Therein, the Court made clear that, "[d]espite the Court's best efforts to educate Chapman about the requirement that parties (*pro se* or otherwise) must avoid filing non-frivolous motions, Chapman has continued to do just that: file frivolous motions."  (Id. at 3.)  Before imposing a filing restriction, however, the Court announced that it would "give Chapman an opportunity to explain why he believes that" the Court should not enter a filing restriction order.  (Id. at 4.)

Chapman filed a response purporting to show cause why a filing restriction order would be inappropriate here.  (ECF No. 153.)  The Court has reviewed that response and determined that nothing therein establishes why a filing restriction would not be appropriate here under 28 U.S.C. § 1651(a) to limit Chapman's abusive filing practices. While the Court has an obligation to give *pro se* litigants wide latitude, the Court cannot

continue to accept repetitious, meritless, non-sensical filings.  Some of those frivolous findings can be found at ECF Nos. 137, 140, 141, 142, 148, and 150.  Chapman has been warned, through the Order to Show Cause (ECF No. 151), about future filing restrictions and has been given an opportunity to oppose the restrictions.  He has failed to do so in any meaningful sense.  The Court, therefore, will enjoin Chapman from filing any future *pro se* filings in this case without first obtaining leave of Court.  Any of Chapman's *pro se* filings entered on the docket by the Clerk that have not been previously permitted by the Court will be summarily stricken.

In addition, the Court will relieve the Government from the obligation of reviewing or responding to any future filings submitted by Chapman in this matter, unless the Court directly states that the Government must do so.

For the reasons set forth above, the Court ORDERS as follows:

1.      The Court's Order to Show Cause (ECF No. 151) is MADE ABSOLUTE;

2.      **Chapman is prohibited from filing any additional *pro se* documents in this matter without first obtaining leave of Court to do so;** and

3.      The Government is relieved from the obligation of reviewing or responding to any future filings submitted by Chapman in this matter, unless and until the Court directs it to do so.

Dated this 27th day of March, 2026.

BY THE COURT:

William J. Martinez
United States District Judge

2